**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CHIEFTAIN ROYALTY COMPANY,<br><br><br>Plaintiff,<br><br>v.<br><br>SM ENERGY COMPANY (including Predecessors, successors and affiliates),<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-18-1225-J |

## CLASS COUNSEL'S MOTION FOR APPROVAL OF ATTORNEYS' FEES

Class Counsel respectfully files this Motion for Approval of Attorneys' Fees, and hereby moves this Court for entry of an Order approving Class Counsel's request for Attorneys' Fees in the amount of $4,000,000.00.

Class Counsel base this Motion on: (1) the Memorandum of Law in Support of this Motion and exhibits thereto; (2) the Declaration of Bradley E. Beckworth and Robert N. Barnes on Behalf of Class Counsel and exhibits thereto; (3) the Declaration of Robert Abernathy, President of Chieftain Royalty Company; (4) the Affidavit of Barbara A. Ley; (5) the Declaration of Geoffrey P. Miller; (6) the Declaration of Steven S. Gensler; (7) the Affidavits of Absent Class Members: Dan Little on behalf of Sagacity, Inc.; Mike J. Weeks on behalf of Pagosa Resources, LLC; Ben Barresi on behalf of Cosmo Energy LLC; and Robert E. Gonce, Jr. on behalf of Castlerock Resources, Inc.; and (8) the applicable law, and all pleadings, declarations, and records on file in this matter, which are respectfully incorporated by reference as if set forth fully herein.

Accordingly, Class Counsel respectfully requests the Court enter the Proposed Order granting the relief stated above and grant any further relief to which the Court finds Class Counsel entitled.

DATED: March 29, 2021.

Respectfully submitted,

*/s/ Bradley E. Beckworth*
Bradley E. Beckworth, OBA No. 19982
Jeffrey Angelovich, OBA No. 19981
Lisa Baldwin, OBA No. 32947
Trey Duck, OBA No. 33347
Nathan Hall, OBA No. 32790
**NIX PATTERSON, LLP**
3600 North Capital of Texas Highway
Building B, Suite 350
Austin, TX 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
*bbeckworth@nixlaw.com*
*jangelovich@nixlaw.com*
*lbaldwin@nixlaw.com*
*tduck@nixlaw.com*
*nhall@nixlaw.com*

Susan Whatley, OBA No. 30960
**NIX PATTERSON, LLP**
P.O. Box 178
Linden, Texas 75563
Telephone: (903) 215-8310
*swhatley@nixlaw.com*

Robert N. Barnes, OBA No. 537
Patranell Lewis, OBA No.12279
Emily Nash Kitch, OBA No. 22244
**BARNES & LEWIS, LLP**
208 NW 60th Street
Oklahoma City, OK 73118
Telephone: (405) 843-0363
Facsimile: (405) 832-1007

*rbarnes@barneslewis.com*
*plewis@barneslewis.com*
*ekitch@barneslewis.com*

**CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

I hereby certify that I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to all registered parties.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 29, 2021.

*/s/ Bradley E. Beckworth*
Bradley E. Beckworth