# EXHIBIT 1

JND | CLASS ACTION ADMINISTRATION

Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/1/2021 | 146033 |

| BILL TO |
|---|
| Nix Patterson LLP<br>Susan Whatley<br>3600 N Capital of Texas Hwy<br>Suite B350<br>Austin, TX 78746 |

| PROJECT | TERMS |
|---|---|
| CSM - Chieftain v. SM Energy | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (August 1 - 31, 2021) | | |
| | | | |
| 0.25 | Case Website | 170.00 | 42.50 |
| 1 | Monthly Website Hosting Fee | 80.00 | 80.00 |
| 1.5 | Email Communications | 65.00 | 97.50 |
| | | | |
| 1.75 | Call Center | 65.00 | 113.75 |
| 1 | Monthly TFN Hosting Fee | 70.00 | 70.00 |
| 194.6 | IVR Minutes | 0.25 | 48.65 |
| | | | |
| 1.25 | Database Management | 150.00 | 187.50 |
| | | | |
| 1.5 | Calculate Benefits | 170.00 | 255.00 |
| 0.75 | Manage Settlement Fund | 115.00 | 86.25 |
| 1 | Monthly Banking Fee | 200.00 | 200.00 |
| | | | |
| 11.25 | Manage Benefit Disbursement | 115.00 | 1,293.75 |
| 2 | Check Printing | 0.40 | 0.80 |
| | | | |
| 1 | Validate Tax IDs / 1099 Reporting | 125.00 | 125.00 |
| | | | |
| 6 | Project Management | 140.00 | 840.00 |
| | | | |
| | Expenses: | | |
| 1 | PO Box charge | 150.00 | 150.00 |
| 5,146 | Electronic data storage | 0.006 | 30.88 |
| | | **Invoice Total** | |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: [redacted]
Bank Name: Bank of America, Wire ABA #: [redacted], ACH Routing #: [redacted]

JND | CLASS ACTION ADMINISTRATION

Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/1/2021 | 146033 |

**BILL TO**

Nix Patterson LLP
Susan Whatley
3600 N Capital of Texas Hwy
Suite B350
Austin, TX 78746

| PROJECT | TERMS |
|---|---|
| CSM - Chieftain v. SM Energy | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Address Research | 1.00 | 1.00 |
| | Postage | 585.99 | 585.99 |
| | Supplies | 2.65 | 2.65 |
| | Copy Charges | 3.80 | 3.80 |
| | | **Invoice Total** | $4,215.02 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: [redacted]
Bank Name: Bank of America, Wire ABA #: [redacted], ACH Routing #: [redacted]

JND | CLASS ACTION ADMINISTRATION

Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/29/2021 | 146194 |

**BILL TO**

Nix Patterson LLP
Susan Whatley
3600 N Capital of Texas Hwy
Suite B350
Austin, TX 78746

| PROJECT | TERMS |
|---|---|
| CSM - Chieftain v. SM Energy | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (September 1 - 30, 2021) | | |
| | Case Website | | |
| 1 | Monthly Website Hosting Fee | 80.00 | 80.00 |
| 10 | Email Communications | 85.00 | 850.00 |
| 17.75 | Call Center | 70.00 | 1,242.50 |
| 1 | Monthly TFN Hosting Fee | 70.00 | 70.00 |
| 983.9 | IVR Minutes | 0.25 | 245.98 |
| 0.25 | Database Management | 125.00 | 31.25 |
| 2.25 | Manage Settlement Fund | 125.00 | 281.25 |
| 1 | Monthly Banking Fee | 200.00 | 200.00 |
| 8.75 | Manage Benefit Disbursement | 115.00 | 1,006.25 |
| 450 | Check Printing | 0.40 | 180.00 |
| 2.5 | Research Undeliverable Benefits / Remail | 105.00 | 262.50 |
| 0.75 | Validate Tax IDs / 1099 Reporting | 140.00 | 105.00 |
| 7.25 | Mailroom | 55.00 | 398.75 |
| 4 | Project Management | 105.00 | 420.00 |

**Invoice Total**

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: [redacted]
Bank Name: Bank of America, Wire ABA #: [redacted], ACH Routing #: [redacted]

**Total Balance Due**

JND | CLASS ACTION ADMINISTRATION

Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/29/2021 | 146194 |

| BILL TO |
|---|
| Nix Patterson LLP<br>Susan Whatley<br>3600 N Capital of Texas Hwy<br>Suite B350<br>Austin, TX 78746 |

| PROJECT | TERMS |
|---|---|
| CSM - Chieftain v. SM Energy | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Expenses: | | |
| 1 | PO Box charge | 150.00 | 150.00 |
| 5,525 | Electronic data storage | 0.006 | 33.15 |
| | Address Research | 0.32 | 0.32 |
| | Postage | 282.50 | 282.50 |
| | Supplies | 42.44 | 42.44 |
| | Copy Charges | 192.00 | 192.00 |
| 1 | Box Storage | 1.50 | 1.50 |

**Invoice Total** $6,075.39

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: [redacted]
Bank Name: Bank of America, Wire ABA #: [redacted], ACH Routing #: [redacted]

**Total Balance Due**

$10,290.41