**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CHIEFTAIN ROYALTY COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SM ENERGY COMPANY (including ) <br> Predecessors, successors and affiliates), ) <br> ) <br> Defendant. ) | Case No. CIV-18-1225-J |

**ORDER AUTHORIZING PAYMENT OF ADMINISTRATION, NOTICE AND DISTRIBUTION COSTS**

Before the Court is the Unopposed Motion for Order Authorizing Payment of Administration, Notice, and Distribution Costs (Motion) [Doc. No. 132]. Upon review of the unopposed motion, the Court GRANTS the Motion. The Escrow Agent is authorized to pay $15,975.00 in Administration, Notice, and Distribution Costs from the Escrow Account to Matlin Petroleum Corporation, as set forth in the invoice attached as Exhibit 1 to the Motion. Additionally, the parties are authorized to provide joint instructions, along with this Order, to the Escrow Agent concerning this authorized distribution.

IT IS SO ORDERED this 14th day of November, 2023.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE