**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CHIEFTAIN ROYALTY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-18-1225-J |
| | ) |
| SM ENERGY COMPANY (including | ) |
| Predecessors, successors and affiliates), | ) |
| | ) |
| Defendant. | ) |

**ORDER AUTHORIZING PAYMENT OF ADMINISTRATION, NOTICE AND DISTRIBUTION COSTS**

Before the Court is the Unopposed Motion for Order Authorizing Payment of Administration, Notice, and Distribution Costs (Motion) [Doc. No. 134]. Upon review of the unopposed motion, the Court GRANTS the Motion. The Escrow Agent is authorized to pay $62,701.70 in Administration, Notice, and Distribution Costs from the Settlement Account to JND Class Action Administration, as set forth in the invoices attached as Exhibit 1 to the Motion. Additionally, the parties are authorized to provide joint instructions, along with this Order, to the Settlement Administrator concerning this authorized distribution.

IT IS SO ORDERED this 19th day of September, 2024.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE