UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHIEFTAIN ROYALTY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>SM ENERGY COMPANY (including Predecessors, successors and affiliates),<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. CIV-18-1225-J<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING CLASS REPRESENTATIVE'S UNOPPOSED MOTION FOR DISTRIBUTION OF RESIDUAL UNCLAIMED FUNDS AND TERMINATION OF CASE**

Before the Court is the Class Representative's Unopposed Motion for Distribution of Residual Unclaimed Funds and Termination of Case (Motion) [Doc. No. 136]. Upon review of the unopposed motion, the Court GRANTS the Motion and ORDERS that all Residual Unclaimed Funds be distributed to the University of Texas School of Law's Mineral & Royalty Interest Owner Initiative, as more fully described in the Motion. Additionally, the Settlement Administrator is hereby released from further duties with respect to the administration of the settlement in this case, and this case is terminated.

IT IS SO ORDERED this 10th day of October, 2024.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE